Oleg I. Albert, Esq. (SBN 251270)
LE CLERC & LE CLERC LLP
155 Montgomery Street, Suite 1004
San Francisco, CA 94104
Telephone: (415) 445-0900
Fax: (415) 445-9977
Email: oleg@leclerclaw.com

Attorneys for Plaintiffs
FAIMASASA ROACHE
and CARLOS ANDRADE

UNITED STATED DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FAIMASASA ROACHE, an individual, and CARLOS ANDRADE, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> HAIR CLUB FOR MEN, LLC; ERIN GOMEZ, an individual; and, DOES 1-50, inclusive, <br><br> Defendants. | Case No.: C 3:18-cv-05671 SK <br><br> **RE-NOTICE OF MOTION AND MOTION TO REMAND AND REQUEST FOR ATTORNEYS FEES** <br><br> Hearing Date: Mon., November 19, 2018 <br> Time: 9:30 a.m. <br> Courtroom: C-15th Floor <br> Judge: Hon. Sallie Kim |

**TO DEFENDANTS AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE FURTHER NOTICE that on Monday, November 19, 2018, at 9:30 a.m., or as soon thereafter as this matter may be heard, in Courtroom C-15th Floor, of the United States District Court for the Norther District of California, located at 450 Golden Gate Ave., San Francisco, CA 94102, the Judge Sallie Kim presiding, Plaintiffs Faimasasa Roache and Carlos Andrade ("Plaintiffs") will, and hereby do, move this Court for an order remanding this case to California state court and for and order of sanctions for the improper removal.

Plaintiffs bring this motion and request attorneys' fees in the amount of $7,450.00 pursuant to 28 USC § 1447(c), on the ground that the Court does not have subject matter jurisdiction (diversity) because all plaintiffs and not diverse from all properly named defendants.

This Motion is based upon this notice, the accompanying memorandum of point and authorities, Plaintiffs' Complaint, Defendant Erin Gomez's Declaration in Support of Defendants' Removal, Request for Judicial Notice in Support of Plaintiffs' Motion to Remand, Declaration of Oleg I. Albert in Support of Plaintiffs' Motion to Remove and Request Removing Sanctions, the papers, records and files herein, and upon such oral and documentary evidence that may be presented at or before the hearing on this matter.

Dated: October 4, 2018                       LE CLERC & LE CLERC LLP

                                             By: /s/ Oleg I. Albert
                                                 Oleg I. Albert, Esq.
                                                 Attorneys for Plaintiffs
                                                 FAIMASASA ROACHE and
                                                 CARLOS ANDRADE